NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-10643 |
| Plaintiff - Appellee, | D.C. No. 2:11-cr-00159-NVW |
| v. | |
| JOSE DIAZ-HERNANDEZ, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Joseph M. Hood, District Judge, Presiding**

Submitted November 13, 2012***

Before:      CANBY, TROTT, and W. FLETCHER, Circuit Judges.

Jose Diaz-Hernandez appeals from his guilty-plea conviction and 51-month

sentence for reentry of a removed alien, in violation of 8 U.S.C. § 1326.  Pursuant

to *Anders v. California*, 386 U.S. 738 (1967), Diaz-Hernandez's counsel has filed a

---

\*       This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

\*\*       The Honorable Joseph M. Hood, Senior United States District Judge for the Eastern District of Kentucky, sitting by designation.

\*\*\*       The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Diaz-Hernandez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**